PAUL HAM, Bar No. 227395
HAM LAW FIRM
1300 Clay Street, Suite 600
Oakland, CA 94612
Telephone:     (415) 713-5690
Facsimile:      (866) 374-9773
E-Mail:          paul.ham@hamfirm.com

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| JOSE LECHUGA, | Case No. C-09-1601 MMC |
|---|---|
| Plaintiff, | [Proposed] ORDER GRANTING DEFENDANT'S APPLICATION FOR ORDER SHORTENING TIME |
| v. | |
| LABORERS INTERNATIONAL UNION, LOCAL UNION 304, | |
| Defendant. | |

   Having considered Defendant's Ex-Parte Application to Shorten Time and Plaintiff's Response, and good cause being shown, the Court hereby GRANTS the application.

   IT IS HEREBY ORDERED as follows:

   1.   Plaintiff's Motion for a Preliminary Injunction and Defendant's Motion to Dismiss shall both be heard by this Court on May 29, 2009 at 9:00 a.m.;

////

ORDER (Case No. C-09-1601 MMC)                -1-

2.  Plaintiff shall have up to and including May 15, 2009 to file any Response to Defendant's Motion to Dismiss and Defendant shall have up to and including May ~~22~~ 20, 2009 to file any Reply;

SO ORDERED THIS __7th__ day of __May__, 2009.

_____
UNITED STATES DISTRICT JUDGE

_____
ORDER (Case No. C-09-1601 MMC)          -2-