IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JOSE LECHUGA,

        No. CV-09-1601 MMC

        Plaintiff,

  v.

        **JUDGMENT IN A CIVIL CASE**

LABORERS INTERNATIONAL UNION,
LOCAL UNION 304,

        Defendants.
_____/

    **()  Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

    **(X)  Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or  heard and a decision has been rendered.

    **IT IS SO ORDERED AND ADJUDGED**

    1. Local 304's motion to dismiss is hereby GRANTED, and the above-titled action is hereby DISMISSED without prejudice.

    2. Lechuga's motion for a preliminary injunction is hereby DENIED.

Dated: June 9, 2009                Richard W. Wieking, Clerk

                               *Tracy Lucero*

                              By: <u>Tracy Lucero</u>
                              <u>Deputy Clerk</u>